## GIBSON *v.* FLORIDA BAR ET AL.

No. 90–1102. Argued November 6, 1991—Decided December 4, 1991

*Raymond J. LaJeunesse, Jr.,* argued the cause for petitioner. With him on the briefs were *Hugh L. Reilly* and *Herbert R. Kraft.*

*Barry Richard* argued the cause and filed briefs for respondents.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*Anthony T. Caso* and *Ronald A. Zumbrun* filed a brief for the Pacific Legal Foundation as *amicus curiae* urging reversal.

Briefs of *amici curiae* were filed for the National Education Association et al. by *Robert H. Chanin, Bruce R. Lerner,* and *Jeremiah A. Collins;* for the State Bar of Wisconsin by *John S. Skilton* and *William M. Conley;* and for David P. Frankel et al. by *Mr. Frankel, pro se,* and *Joseph W. Little.*